**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**                    **CASE NO. 20-20063-CR-MORENO**

**v.**

**ANGEL DAVID ROSARIO,**
     *Defendant.*
_____/

## NOTICE OF INTENT TO SEEK VARIANCE AT SENTENCING

COMES NOW the Defendant, **ANGEL DAVID ROSARIO**, by and through his undersigned attorney, and hereby files this notice that he will seeking a variance at the sentencing hearing setting forth before the Court for its consideration all factors and background information necessary and useful in determining a sentence that would be sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18U.S.C. § 3553 (a).

Respectfully Submitted,

**Robert M. Perez, P.A.**

*Counsel for Defendant*
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
(305) 397-2733 - Facsimile
E-mail: rperez@rmplawpa.com

**S/Robert M. Perez...................**
**ROBERT M. PEREZ**
Florida Bar Number: 477494

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF on this 25th day of March, 2021.

**S/Robert M. Perez...................**
**ROBERT M. PEREZ**

–1–